# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION

| | | |
|---|---|---|
| David Lee Watson, Christopher Melton, Randy Horton, Ricky Johnson and Timothy Vickers, | § § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action File No.: 5:14-cv-00093-WLS |
| Frito-Lay Incorporated, | § § | |
| Defendant. | § | |

## VOLUNTARY STIPULATION OF DISMISSAL

COME NOW the Parties in the above-styled action, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), herein stipulate to the dismissal of the claims of Plaintiffs David Lee Watson, Christopher Melton, Randy Horton, Ricky Johnson and Timothy Vickers, with each side to bear their own fees and costs.

Respectfully submitted this 9th day of June, 2014.

| | |
|---|---|
| /s/ Douglas R. Kertscher | s/ Joseph P. Shelton |
| Douglas R. Kertscher, Esq. | Joseph P. Shelton, Esq. |
| Georgia Bar No. 416265 | Georgia Bar No. _____ |
| HILL, KERTSCHER & WHARTON, LLP | Fisher & Phillips, LLP |
| 3350 Riverwood Parkway, Suite 800 | 1075 Peachtree Street, NE, Suite 3500 |
| Atlanta, GA 30339 | Atlanta, GA 30309 |
| Phone: 770-953-0995 | Phone: 404-240-4259 |
| Fax: 770-953-1358 | jshelton@laborlawyers.com |
| drk@hkw-law.com | |

## **CERTIFICATE OF COMPLIANCE**

Undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1 (C) and 7.1 (D).

s/ Douglas R. Kertscher
Douglas R. Kertscher, Esq.
Georgia Bar No. 416265

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| David Lee Watson, Christopher Melton, Randy Horton, Ricky Johnson and Timothy Vickers, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action File No.: 5:14-cv-00093-WLS |
| Frito-Lay Incorporated, | § § | |
| Defendant. | § § | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing *Voluntary Stipulation of Dismissal* by filing the same using the Court's ECF system, which will automatically send notification to the following attorneys of record:

>Joseph P. Shelton, Esq.
>Fisher & Phillips, LLP
>1075 Peachtree Street, NE, Suite 3500
>Atlanta, GA 30309

Respectfully submitted this 9th day of June, 2014.

**Hill, Kertscher & Wharton, LLP**

s/ Douglas R. Kertscher
Douglas R. Kertscher, Esq.
Georgia Bar No. 416265

3