IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| David Lee Watson, Christopher Melton, Randy Horton, Ricky Johnson and Timothy Vickers, | § § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action File No.: 5:14-cv-00093-WLS |
| Frito-Lay Incorporated, | § § | |
| Defendant. | § | |

## VOLUNTARY STIPULATION OF DISMISSAL

COME NOW the Parties in the above-styled action, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), herein stipulate to the dismissal of the claims of Plaintiffs David Lee Watson, Christopher Melton, Randy Horton, Ricky Johnson and Timothy Vickers, with each side to bear their own fees and costs.

Respectfully submitted this 9th day of June, 2014.

/s/ Douglas R. Kertscher
Douglas R. Kertscher, Esq.
Georgia Bar No. 416265
HILL, KERTSCHER & WHARTON, LLP
3350 Riverwood Parkway, Suite 800
Atlanta, GA 30339
Phone: 770-953-0995
Fax: 770-953-1358
drk@hkw-law.com

s/ Joseph P. Shelton
Joseph P. Shelton, Esq.
Georgia Bar No. _____
Fisher & Phillips, LLP
1075 Peachtree Street, NE, Suite 3500
Atlanta, GA 30309
Phone: 404-240-4259
jshelton@laborlawyers.com

SO ORDERED this 10th day of June, 2014

W. Louis Sands, Judge
United States District Court

1

## **CERTIFICATE OF COMPLIANCE**

Undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1 (C) and 7.1 (D).

s/ Douglas R. Kertscher
Douglas R. Kertscher, Esq.
Georgia Bar No. 416265
